# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0821
LT Case No. 2016-CP-001578-A

_____

HANA ALKOOR ODEH,

    Appellant,

    v.

MAHER MAHMOUD ODEH, AS
PERSONAL REPRESENTATIVE OF
THE ESTATE OF ADEL MAHER
ODEH,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Kelly Feig, of The Law Office of Kelly D. Feig, P.A., Hallandale
Beach, for Appellant.

Kelly C. Johnson, of KJ Law, P.A., Tavares, for Appellee.

September 26, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____